FILED: September 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 26-4363
(4:25-dm-00001-EWH-DEM-1)

In re: Application of the United States of America for an Order Pursuant to 18 U.S.C. Section 2703(d)

O R D E R

Upon consideration of appellant's motion for leave to file documents under seal, the court grants the motion.

For the Court

/s/ Nwamaka Anowi, Clerk